

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Jamie Michele Weyand - #191694

CV 09 80140 MISC VRW

/

**ORDER TO SHOW CAUSE**

It appearing that Jamie Michele Weyand has been enrolled as an inactive member of the State Bar of California due to MCLE noncompliance and that she may not practice law while so enrolled effective April 7. 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before August 11, 2009 as to why she should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Jamie Michele Weyand
Attorney At Law
2769 San Antonio Drive
Walnut Creek, CA 94598