**FILED**

OCT 2 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                          No CV-09-80140 MISC VRW

Jamie Michele Weyand,
                                           ORDER
        State Bar No 191694

_____/

On July 2, 2009, the court issued an order to show cause (OSC) why Jamie Michele Weyand should not be removed from the roll of attorneys authorized to practice law before this court, due to MCLE noncompliance.

The OSC was mailed to Ms Weyand's address of record with the State Bar on July 7, 2009. In response to the OSC Ms Weyand advised the court that she is now in full compliance with MCLE requirements but has entered into voluntary inactive status.

The court now orders Jamie Michele Weyand removed from the roll of attorneys authorized to practice before this court until she petitions for reinstatement. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Jamie Michele Weyand,

Case Number: C09-80140 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jamie Michele Weyand
2769 San Antonio Drive
Walnut Creek, CA 94598

Dated: October 21, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk